IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.                                                              16-M-

ANDREW THOMPSON,
                Defendant.

---

## MISDEMEANOR INFORMATION
(33 U.S.C. § 1319(c)(1)(A))

### COUNT 1

**The United States Attorney Charges That:**

On or about June 13, 2014, in the Western District of New York, the defendant, ANDREW THOMPSON, negligently discharged, and caused to be discharged, a pollutant from a point source into a water of the United States without a permit issued under Title 33, United States Code, Section 1342.

**All in violation of Title 33, United States Code, Sections 1311(a) and 1319(c)(1)(A).**

Dated: Buffalo, New York, May 18, 2016.

WILLIAM J. HOCHUL, Jr.
United States Attorney

BY: _____
AARON J. MANGO
Assistant United States Attorney
United States Attorney's Office
Western District of New York
138 Delaware Avenue
Buffalo, New York 14202
(716) 843-5700, ext. 882
aaron.mango@usdoj.gov